■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT PRIMACK, Appellant. [716 NYS2d 282] —Judgment, Supreme Court, New York County (Stephen Crane, J.), rendered February 8, 1990, convicting defendant, after a jury trial, of scheme to defraud in the first degree and conspiracy in the fifth degree, sentencing him to concurrent terms of 1 to 3 years and 6 months, and directing $36,000 in restitution payments, unanimously modified, as a matter of discretion in the interest of justice, to the extent of reducing the prison sentence to time served, and otherwise affirmed.

Solely in light of defendant's extraordinary medical circumstances and the lack of opposition by the People, we conclude that the sentence should be reduced in the interest of justice to the extent indicated. Concur—Williams, J. P., Tom, Ellerin, Rubin and Saxe, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY PURDIE, Also Known as GARY WILLIAMS, Appellant. [716 NYS2d 282] —Judgment, Supreme Court, New York County (Nicholas Figueroa, J.), rendered June 3, 1998, convicting defendant, after a jury trial, of two counts of robbery in the second degree, and sentencing him, as a second violent felony offender, to concurrent terms of 7½ to 15 years, unanimously affirmed.

The verdict was based on legally sufficient evidence and was not against the weight of the evidence. There is no basis upon which to disturb the jury's determinations concerning credibility. There was ample evidence of defendant's participation in the crime. The police, who had defendant and three companions under surveillance, clearly observed all four men form a circle and flail their arms at the victim, who was knocked to the ground and injured.

We perceive no abuse of sentencing discretion. Defendant's remaining contentions are unpreserved and we decline to review them in the interest of justice. Were we to review these claims, we would reject them. Concur—Williams, J. P., Tom, Ellerin, Rubin and Saxe, JJ.